# MEMORANDA

OF

*DECISIONS RENDERED DURING THE PERIOD EMBRACED IN THIS VOLUME.*

---

CHARLES DEUTERMAN et al., as Executors of CHARLES DEUTER-MAN, Deceased, Appellants, *v.* ALEXANDER POLLOCK et al., Respondents.

*Deuterman* v. *Gainsborg,* 54 App. Div. 575, affirmed.
(Argued April 16, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered January 26, 1901, modifying and affirming as modified a judgment in favor of defendants entered upon a decision of the court on trial at Special Term.

*Eugene Frayer* for appellants.

*Wilson Brown, Jr.,* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, MARTIN, VANN, CULLEN and WERNER, JJ.

---

HENRY B. DORNEY, Respondent, *v.* HUGH O'NEILL, Appellant.

*Dorney* v. *O'Neill,* 60 App. Div. 19, affirmed.
(Argued June 23, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1901, affirming a judgment in favor of plaintiff entered

upon a verdict and an order denying a motion for a new trial.

*David B. Hill* and *Eugene Lamb Richards, Jr.*, for appellant.

*Charles Steckler* and *Levin L. Brown* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ. Not voting: O'BRIEN, J.

---

THE NATIONAL COMMERCIAL BANK OF ALBANY, Appellant, *v.* THE LACKAWANNA TRANSPORTATION COMPANY, Respondent.

*National Commercial Bank* v. *Lackawanna Transp. Co.*, 59 App. Div. 270, affirmed.

(Argued June 23, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered April 19, 1900, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term without a jury.

*John M. Bowers, William Lansing* and *Latham G. Reed* for appellant.

*John G. Milburn* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, MARTIN, VANN, CULLEN and WERNER, JJ.

---

THERESIA BINZEN, Respondent, *v.* SIMON EPSTEIN et al., Appellants.

*Binzen* v. *Epstein*, 58 App. Div. 304, affirmed.
(Argued June 24, 1902; decided October 7, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April